# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **BRETT STONINGER,** ) | |
| ) | Case No. |
| **Plaintiff,** ) | |
| ) | 1:15cv110KS-RHW |
| v. ) | |
| ) | |
| **PROCOLLECT, INC,** ) | |
| ) | |
| **Defendant** ) | |

## RULE 41 NOTICE OF DISMISSAL

**COME NOW**, Plaintiffs, **BRETT STONINGER**, and pursuant to Rule 41(a)(1)(A)(i) Federal Rules of Civil Procedure, dismisses the above-styled and numbered action without prejudice.

The Plaintiffs would represent that no Defendant has served an answer or motion for summary judgment in this action at the time of the filing of this Notice of Dismissal.

**RESPECTFULLY SUBMITTED**, this the 22nd day of April, 2016.

**BRETT STONINGER**

/s/  Patrick A. Sheehan
**Patrick A. Sheehan, Attorney for Plaintiff**

**JASON ALLEN LAW, LLC**
429 Porter Avenue
Ocean Springs, MS 39564-3715
(228) 875-0572 / Fax: (228) 875-0895
MS Bar No. 6747
pat@sheehanlawfirm.com